In the Matter of MOSEWELL SECURITY CORPORATION, Alleged Bankrupt-Respondent, Louis Ghosser, Appellant.

No. 406.

Circuit Court of Appeals, Second Circuit.

May 4, 1931.

Leo J. Linder, of New York City (Albert P. Singman, of New York City, of counsel), for appellant.

Sternberg & Rosen, of New York City (Sydney Ehrlich, of New York City, and Mortimer D. Atlas, of Brooklyn, N. Y., of counsel), for respondent.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed.

Leo J. NEUTZLING, Appellant, v. UNITED STATES of America.

No. 8920.

Circuit Court of Appeals, Eighth Circuit.

Feb. 24, 1931.

S. J. Kroman, of Minneapolis, Minn., for appellant.

Lewis L. Drill, U. S. Atty., of St. Paul, Minn.

PER CURIAM.

Appeal dismissed without prejudice and without costs to either party in this court, etc., per stipulation of parties.

NORTH AMERICAN CREAMERY CO., Appellant, v. Levi M. WILLCUTS, Collector, etc.

No. 8965.

Circuit Court of Appeals, Eighth Circuit.

Feb. 4, 1931.

For opinion below, see 38 F.(2d) 483.

Leland W. Scott, of Minneapolis, Minn., for appellant.

Lewis L. Drill, U. S. Atty., of St. Paul, Minn., for appellee.

PER CURIAM.

Appeal dismissed without costs to either party in this court, per stipulation of parties.

Anthony O'BOYLE, Owner of THE Barge MAY QUEEN, Libelant-Appellee, v. BROOKLYN ASH REMOVAL CO., Inc., Respondent-Appellant, and Dauntless Towing Line, Inc., Respondent-Impleaded, THE Steam Tug WYOMISSING, Reading Company, Claimant-Impleaded.

No. 387.

Circuit Court of Appeals, Second Circuit.

May 18, 1931.

Alexander, Ash & Jones, of New York City (Edward Ash and Lawson R. Jones, both of New York City, of counsel), for appellant.

William F. Purdy, of New York City (John E. Purdy, of New York City, of counsel), for libelant-appellee.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

George PASENTINO and Henry Mitchell, Appellants, v. UNITED STATES of America.

No. 9019.

Circuit Court of Appeals, Eighth Circuit.

March 7, 1931.

See, also, 49 F.(2d) 767.

Frank D. Rader, Charles S. Walden, and Paul S. Conwell, all of Kansas City, Mo., for appellants.